Sean J. Kirby
Gregory Hurley (*Pro Hac Vice* Application to be Submitted)
SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
30 Rockefeller Plaza
New York, New York 10112
Telephone:  (212) 653-8700
Facsimile:   (212) 653-8701
*Attorneys for Defendant Nordstrom, Inc.*

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| CARLOS HERRERA, on behalf of himself and all others similarly situated,<br><br>                       Plaintiff,<br><br>vs.<br><br>NORDSTROM, INC.,<br><br>                       Defendant. | Civil Action No. _____<br><br>**NOTICE OF REMOVAL** |

TO THE HONORABLE JUDGES OF THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEW JERSEY AND TO PLAINTIFF:

Defendant Nordstrom, Inc. ("Nordstrom"), by and through its undersigned counsel Sheppard, Mullin, Richter and Hampton LLP, hereby provides notice pursuant to 28 U.S.C. §§ 1331, 1441 and 1446(A) ("Notice of Removal") that it removes the claims brought by Plaintiff Carlos Herrera ("Plaintiff") pending in the Superior Court of New Jersey, Law Division, Hudson County (the "Superior Court"), Docket No. HUD-L-002668-23.

This is a civil action over which this Court has original jurisdiction pursuant to 28 U.S.C. § 1331 because the Complaint is founded on a claim or right arising under the laws of the United States. The following is a short, plain statement of the grounds for removal, and a listing of the pleadings to date.

## BASIS FOR REMOVAL

1. Plaintiff filed a Class Action Complaint with Jury Demand, and a Civil Case Information Statement in the Superior Court of New Jersey against Nordstrom on July 28, 2023 (the "Complaint").

2. As of August 17, 2023, there have been no additional pleadings or papers filed with the Superior Court of New Jersey, other than the Track Assignment Notice filed by the Court on July 29, 2023.

3. The United States District Court for the District of New Jersey, Newark Vicinage includes the county in which this action is pending.

4. This Court has original jurisdiction over this case pursuant to 28 U.S.C. § 1331 as Plaintiff's Complaint asserts a claim in violation of federal law (federal question jurisdiction).

5. Under 28 U.S.C. § 1441, removal is appropriate if the District Court has original jurisdiction founded on a claim or right arising under the laws of the United States.

6. Plaintiff alleges a violation of the Americans with Disabilities Act, 42 U.S.C. § 12181 *et seq.* (Complaint at pp. 6-8).

7. This Court has jurisdiction over all claims brought under this federal statute and, as such, federal question jurisdiction exists under 28 U.S.C. § 1331.

8. Accordingly, this action is one over which this District Court has subject matter jurisdiction over the entire case pursuant to 28 U.S.C. § 1331.

## THIS NOTICE OF REMOVAL IS PROCEDURALLY CORRECT

9. This Notice of Removal is timely filed in accordance with 28 U.S.C. § 1446(b), in that this Notice has been filed within 30 days of the date that Nordstrom was served or otherwise received notice of the Complaint.

10. Pursuant to 28 U.S.C. § 1441, this case may be removed to the United States District Court for the District of New Jersey, Newark Vicinage.

11. In accordance with 28 U.S.C. § 1446, true and correct copies of all process and papers filed and served upon Nordstrom in this action, including a copy of the Complaint, are attached to this Notice of Removal as Exhibit A.

12. Upon information and belief, no other parties have been joined and served as defendants in this action.

13. Pursuant to 28 U.S.C. § 1446(d), written notice of the filing of this Notice of Removal shall be served upon Plaintiff and a copy filed with the Superior Court.

14. In filing this Notice of Removal, Nordstrom does not waive any defenses that may be available to it in this action.

## CONCLUSION AND REQUESTED RELIEF

WHEREFORE, Nordstrom removes the original action brought by Plaintiff, now pending in the Superior Court of New Jersey Law Division, Hudson County, from said state court to this District Court.

Dated: New York, New York
August 17, 2023

Respectfully submitted,

**SHEPPARD, MULLIN, RICHTER & HAMPTON LLP**

By: _s/ Sean J. Kirby_
Sean J. Kirby

30 Rockefeller Plaza
New York, New York 10112
skirby@sheppardmullin.com
*Attorneys for Defendant Nordstrom, Inc.*

## CERTIFICATION PURSUANT TO N.J. LOCAL RULE 11.2

The undersigned hereby certifies, in accordance with Local Rule 11.2, that none of the claims in the above captioned action are the subject of any other action pending in any court, arbitration or administrative proceeding.

I certify that the foregoing statements made by me are true to the best of my knowledge and I understand that if the foregoing statements made by me are willfully false, I am subject to punishment.

Dated: New York, New York
      August 17, 2023

Respectfully submitted,

**SHEPPARD, MULLIN, RICHTER & HAMPTON LLP**

By:     *s/ Sean J. Kirby*
        Sean J. Kirby

30 Rockefeller Plaza
New York, New York 10112
Telephone: (212) 653-8700
Facsimile: (212) 653-8701
*Attorneys for Defendant*