UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

CARLOS HERRERA, on behalf of himself
and all others similarly situated,

            Plaintiff,

v.

NORDSTROM INC.,

           Defendants.

Civil Action No. 2:23-cv-04992-WJM-CLW

**STIPULATION OF DISMISSAL**

It is hereby stipulated and agreed by and between counsel for Plaintiff, Carlos Herrera, and Defendant, Nordstrom Inc., that the above-entitled action is hereby dismissed against Defendant, Nordstrom Inc., with prejudice and with each party to bear its own attorneys' fees and costs.

Dated: September 16th, 2024

Respectfully submitted,

/s/ *Sean Kirby*
Sean Kirby
Sheppard Mullin
650 Towne Center Dr 10th FL
Costa Mesa, CA 92626
212-634-3023
Email: SKirby@sheppardmullin.com
Attorneys for Defendant

/s/ *Daniel Zemel*
Daniel Zemel, Esq.
Zemel Law LLC
660 Broadway,
Paterson, NJ 07514
Tel: (862) 227-3106
Fax: (973) 282-8603
Email: dz@zemellawllc.com
Attorney for Plaintiff,

## CERTIFICATE OF SERVICE

I hereby certify that on Septemeber 16, 2024, a true and correct copy of the foregoing document was sent to all counsel of record via the Court's ECF filing system.

/s/ Daniel Zemel
Daniel Zemel, Esq.

So Ordered on 9/17/2024:

_____
William J. Martini, U.S.D.J.